**Order entered December 4, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00611-CV

**PANDA POWER GENERATION INFRASTRUCTURE FUND, LLC, D/B/A/ PANDA POWER FUNDS, ET AL., Appellants**

**V.**

**ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC., Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-16-0401**

## ORDER

Before the Court is appellants' December 3, 2018 unopposed motion for extension of time to file reply brief.  We **GRANT** the motion and **ORDER** the brief be filed no later January 9, 2019.


/s/      DAVID EVANS
         JUSTICE